Case 4:25-cv-02985   Document 16   Filed 01/13/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AHMED HASSAN-AHMED, <br> A #221-079-562 <br> Petitioner, <br><br> VS. <br><br> KRISTI NOEM, *et al.*, <br><br> Respondents. | § § § § § § § § § § § CIVIL ACTION NO. 4:25-CV-02985 |

### ORDER

A recent search for Ahmed Hassan-Ahmed, A #221-079-562, on a national database for ICE detainees indicates that he is no longer in custody. Therefore, the parties shall submit an advisory, **within 30 days of the date of this Order**, regarding the status of this case.

The Clerk shall send this Order to the Respondent, Warden of the Joe Corley Processing Center, and to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

It is **SO ORDERED**.

SIGNED on this 13th day of January 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE