UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AHMED HASSAN-AHMED, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-02985 |
| § | |
| KRISTI NOEM, *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER OF DISMISSAL

The petitioner, Ahmed Hassan-Ahmed, filed this petition to challenge his ongoing immigration custody. The parties advise the Court that the petitioner was removed from the United States on December 3, 2025. See Doc. No. 17. Because the petitioner is no longer in custody and no controversy remains, his petition must be dismissed as moot. *See Spencer v. Kemna*, 118 S. Ct. 978, 983 (1998) (holding that a case becomes moot if it "no longer present[s] a case or controversy under Article III, § 2 of the Constitution" because "[t]he parties must continue to have a 'personal stake in the outcome' of the lawsuit'") (quoting *Lewis v. Cont'l Bank Corp.*, 110 S. Ct. 1249, 1254 (1990)).

Therefore, the Court **ORDERS** that this habeas petition is **DISMISSED** without prejudice as **MOOT.**

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this ___27th___ day of January 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE